KIMBERLY A. SANCHEZ
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DANE BILLINGSLEY,<br><br>Defendant. | CASE NO. **1:25-cr-00140-JLT-SKO**<br><br>18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

<u>I N F O R M A T I O N</u>

<u>COUNT ONE</u>: [18 U.S.C. § 1343 – Wire Fraud]

The United States Attorney charges:

MATTHEW DANE BILLINGSLEY,

defendant herein, as follows:

### I.    **INTRODUCTION**

1.    At all relevant times, the defendant, MATTHEW DANE BILLINGSLEY, was a resident of Fresno County, in the State and Eastern District of California.

### II.    **SCHEME TO DEFRAUD**

2.    Beginning no later than June 2018, and continuing through February 2023, in Fresno County, in the State and Eastern District of California, and elsewhere, the defendant knowingly devised,

FILED
Jul 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

intended to devise, participated in, and executed a material scheme and artifice to defraud individual lenders and financial institutions of money and property, and to obtain money and property from individual lenders and financial institutions, by means of materially false and fraudulent pretenses, representations, and promises.

### III.   MANNER AND MEANS

3. The defendant carried out his scheme and plan to defraud through the following manner and means, among others:

4. The defendant made false and fraudulent representations about having a brokerage account with millions of dollars in assets to serve as collateral for loans. The defendant gave false and fabricated brokerage account statements to obtain, and attempt to obtain, over $30,000,000 in loans from individual lenders and financial institutions, as defined in 18 U.S.C. § 20, between approximately June 2018 and February 2023. The defendant also misrepresented to individual lenders and financial institutions the intended use of the loan funds and instead used the money to pay off or pay down previous loans and for his personal benefit.

5. For example, in May 2021, the defendant obtained a loan from Financial Institution 1, a financial institution pursuant to 18 U.S.C. § 20, for $5,000,000. The defendant obtained the loan after providing Financial Institution 1 a brokerage account statement claiming the defendant had $11,000,000 in assets. The brokerage account statement was false because the brokerage account did not exist. The defendant knew the brokerage account statements were false, and that the brokerage account did not exist. When the defendant obtained the loan funds, he used the funds to make payments on loans he fraudulently obtained from other financial institutions and individual lenders.

6. Many of the loans that the defendant received were made by interstate wire transfers and deposited into the defendant's bank accounts opened in Fresno County, in the State and Eastern District of California. For example, on or about May 7, 2021, in the State and Eastern District of California, for the purpose of executing the aforementioned scheme and artifice to defraud, the defendant knowingly transmitted and caused to be transmitted by means of wire and radio communication in interstate commerce the following writings, signs, signals, pictures, and sound:

| WIRE TRANSMISSION | SENDER | RECEIVER |
|---|---|---|
| Wire transmission of monies in the amount of $1,000,000 sent through the Federal Reserve Bank of New York routed through computers in New York | Financial Institution 1 | Billingsley's account ending in 7585 in Clovis, California |

7.   At all relevant times, the defendant acted with the intent to defraud. As a result of the defendant's conduct, he received over $30,000,000 in loans from individual lenders and financial institutions.

All in violation of Title 18, United States Code, Section 1343.

Dated: 7/18/25

KIMBERLY A. SANCHEZ
Acting United States Attorney

By: /s/ Brittany M. Gunter
BRITTANY M. GUNTER
Assistant United States Attorney